FILED

UNITED STATES DISTRICT COURT

CURTIS ADLER, MICHAEL MCCAW, JOSEPH NELSON, JUSTIN CASTRO

2021 DEC 29 AM 10:57

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

vs.

BY ~~LOS ANGELES COUNTY~~ RMU

SUPERIOR COURT OF CALIFORNIA LOS ANGELES COUNTY, ~~LOS ANGELES COUNTY~~

SHERIFF DEPARTMENT, LOS ANGELES POLICE DEPARTMENT

COMPLAINT                                    2:21-CV-9984-JFW-DFM

PLAINTIFFS apprehend that:

COUNT 1. In the year of 2021, in Los Angeles, the crime of CORRUPTION, in violation and negligence of the Codes, Laws, Policies, Principles, Procedures, and Rules, committed by the SUPERIOR COURT OF CALIFORNIA LOS ANGELES COUNTY, who illegally manipulates law enforcement agencies to conduct an unlawful process against self-represented litigants, obstruction to CC §7 DUE Process, Privileges and Immunities, §21 Affirmative Action, §15 Safeguards in Criminal Procedures.

COUNT 2. In the year of 2021, in Los Angeles, the crime of CORRUPTION, in violation and negligence of the Codes, Laws, Policies, Principles, Procedures, and Rules, committed by the LOS ANGELES COUNTY SHERIFF DEPARTMENT, who conducts illegal policies, principles, procedures, and rules against self-represented litigant in neglect of Rights, Privileges, and Immunities

COUNT 3. In the year of 2021, in Los Angeles, the crime of CORRUPTION, in violation and negligence of the Codes, Laws, Policies, Principles, Procedures, and Rules of California and the United States of America, committed by the LOS ANGELES POLICE DEPARTMENT, who use illegal methods to unlawfully manipulate the Court to carry out corrupt criminal cases.

Within the Codes, Laws, Policies, Principles, Procedures, and Rules of California and the United States of America, CURTIS ADLER, MICHAEL MCCAW, JOSEPH NELSON, JUSTIN CASTRO, SELF REPRESENTED LITIGANTS are due multiple damages, redress, and relief.

I, CURTIS ADLER, declare within the Codes, Laws, Policies, Principles, Procedures, and Rules of California and United States of America this complaint is legal and complete.

CURTIS ADLER   12/20/2021

UNITED STATES DISTRICT COURT

CURTIS ADLER, MICHAEL MCCAW, JOSEPH NELSON, JUSTIN CASTRO

vs. SUPERIOR COURT OF CALIFORNIA LOS ANGELES COUNTY, LOS ANGELES COUNTY SHERIFF DEPARTMENT, LOS ANGELES POLICE DEPARTMENT

SUBPOENA

PLAINTIFFS demand the DEFENDANTS to produce the following data and documents:

SUPERIOR COURT OF CALIFORNIA LOS ANGELES COUNTY:
1. COURT AUDIO AND VIDEO  2. CONFERENCE REPORTS  3. PROFILES  4. DISCOVERIES  5. AGENCY TRANSCRIPTS

LOS ANGELES COUNTY SHERIFF DEPARTMENT:
1. RECORDS  2. DOCUMENTS  3. AUDIO AND VIDEO  4. PROFILES

LOS ANGELES POLICE DEPARTMENT
1. RECORDS  2. PROFILES  3. TRANSCRIPTS  4. REPORTS  5. AUDIO AND VIDEO

I, CURTIS ADLER, declare within the Codes, Laws, Policies, Principles, Procedures, and Rules of California and United States of America this SUBPOENA is legal and complete.

CURTIS ADLER    [signature]    12/20/2021

UNITED STATES DISTRICT COURT

CURTIS ADLER, MICHAEL MCCAW, JOSEPH NELSON, JUSTIN CASTRO

vs.

SUPERIOR COURT OF LOS ANGELES COUNTY, LOS ANGELES COUNTY SHERIFF DEPARTMENT, LOS ANGELES POLICE DEPARTMENT

LETTER TO COMMITING MAGISTRATE

I am informed of the Codes, Laws, Policies, Procedures, Principles, and Rules of California and the United States of America. All self-represented litigants are being discriminated in the Superior Court. Obstructions of justice against every self-represented litigant. Constitution rights are being neglected in the local court so this file is for justice.

CURTIS ADLER